1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS M. NEWMAN (NYSBN 4256178)
4  Assistant United States Attorney
   9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6888
     Fax:       (415) 436-6748
7  Attorneys for the United States of America

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12
   UNITED STATES OF AMERICA and         )  No. 10 3434
13 BELDEN GRANADA, Revenue Officer,     )
                                        )
14              Plaintiffs,             )
                                        )  VERIFIED PETITION TO
15              v.                      )  ENFORCE INTERNAL
                                        )  REVENUE SERVICE SUMMONS
16 JOHN P. CONNOLLY,                    )
                                        )
17              Defendant.              )
                                        )
18 _____

19     Petitioners, the UNITED STATES OF AMERICA and its Revenue Officer, BELDEN

20 GRANADA, allege and petition as follows:

21     1. This proceeding is brought and this Court has jurisdiction hereof under Sections

22 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

23     2. Petitioner BELDEN GRANADA is, and at all times mentioned herein, an

24 employee and officer of the Internal Revenue Service of the United States Department of

25 the Treasury authorized by the Secretary of the Treasury to perform the duties and take

26 the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C.

27 §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26

28 C.F.R. §§ 301.7602-1 and 301.7603-1).

3. Revenue Officer BELDEN GRANADA, is and at all times mentioned herein, was inquiring, in the course of authorized duties, into taxes owed, the collection of taxes, and any tax offenses of JOHN P. CONNOLLY.

4. Petitioner BELDEN GRANADA is and at all times herein was attempting in the course of authorized duties to have respondent produce for inspection, examination and copying by petitioner of records possessed by respondent JOHN P. CONNOLLY for June 1, 2009 through August 31, 2009 which are relevant and material to prepare a collection information statement for JOHN P. CONNOLLY.

5. Respondent JOHN P. CONNOLLY resides within the venue of this Court.

6. Petitioner BELDEN GRANADA is informed and believes that said respondent is in possession and control of records, paper and other data regarding income, assets and liabilities, and other matters covered by said petitioner's inquiry and to which petitioner does not otherwise have access, possession, or control.

7. On September 25, 2009, in accordance with law, petitioner BELDEN GRANADA served a summons on respondent JOHN P. CONNOLLY in respect to the subject matter described in paragraphs 3, 4, and 6, above, by personally serving respondent JOHN P. CONNOLLY. The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as Exhibit A and is hereby incorporated by reference as a part of this petition.

8. The items sought by paragraph 7, above, are relevant to and can reasonably be expected to assist in the ascertainment and/or collection of tax liabilities or any tax offenses of JOHN P. CONNOLLY. It was and now is essential to completion of petitioner's inquiry that respondent produce the items requested by said summons.

9. The Respondent appeared at the IRS San Jose on October 27, 2009 as requested in the summons but did not provide the items requested in the summons.

10. By letter dated June 3, 2010, respondent JOHN P. CONNOLLY was provided with another opportunity to comply by appearing for an appointment with Revenue Officer BELDEN GRANADA on June 25, 2010. See Exhibit B.

11. Respondent appeared at that meeting, however, he again did not provide the documents requested in the summons and as of the date of this petition, respondent has failed to comply with the summons.

12. All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

13. There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summons.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summons as alleged and set forth above, as follows:

A. That the named respondent herein be ordered to appear and show cause before this Court, if any, why respondent should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summons;

B. That respondent be ordered by the Court to appear before the petitioner BELDEN GRANADA or any other designated officer, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summons; and

C. That the Court grant the petitioner UNITED STATES OF AMERICA its costs in this proceeding and such other and further relief as may be necessary and proper.

JOSEPH P. RUSSONIELLO
United States Attorney

THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

## VERIFICATION

I, BELDEN GRANADA, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Officer in the San Jose, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2010 at San Jose, California.

_____
BELDEN GRANADA



# Summons

## Collection Information Statement

he matter of  JOHN P CONNOLLY DDS,  19000 COX AVE STE B,  SARATOGA, CA  95070-4155
ernal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
ustry/Area *(Identify by number or name)*  SB/SE AREA 7 (27)
iods:  See Attachment 1 to Summons Form 6637 for Period Information

**Commissioner of Internal Revenue**

JOHN P CONNOLLY DDS
19000 COX AVE STE B,  SARATOGA, CA  95070-4155

are hereby summoned and required to appear before BELDEN B GRANADA, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give mony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

locuments and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the ayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank ements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 06/01/2009   To 08/31/2009

include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, all life or health insurance policies.

will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary uments and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

55 SOUTH MARKET STREET,  SAN JOSE,  CA  95113-2324  (408) 817-6449

Place and time for appearance: At  55 SOUTH MARKET STREET, 5118 1717, SAN JOSE, CA  95113-2324

**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2006)
Catalog Number 25000Q

on the  27th  day of  October , 2009  at  10:00  o'clock a m.

Issued under authority of the Internal Revenue Code this  24th  day of September , 2009

BELDEN B GRANADA
Signature of issuing officer

Signature of approving officer *(if applicable)*

REVENUE OFFICER
Title

GROUP MANAGER
Title

EXHIBIT A

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

ertify that I served the summons shown on the front of this form on:

| ate | Time |
|---|---|
| 09/25/2009 | 11:53AM |

**How Summons Was Served**

[X] I handed an attested copy of the summons to the person to whom it was directed.
Dr. John P. Connolly

[ ] I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

Signature: [signed]   Title: Revenue Officer

certify that the copy of the summons served contained the required certification.

Signature: [signed]   Title: Revenue Officer

Catalog No. 25000Q                          Form **6637** (Rev. 10-2006)

**Attachment 1 to Summons Form 6637**

he matter of **JOHN P CONNOLLY DDS**

iod information: Form 941 for the quarterly periods ending December 31, 2007, March 31, 2008, June 2008, September 30, 2008, December 31, 2008 and March 31, 2009



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
160 SPEAR STREET, NINTH FLOOR
SAN FRANCISCO, CA 94105
PHONE: (415) 227-5166
FAX: (415) 227-5159

JUN 3 2010

CC:SB:7:SF:2:CSHong
GL-122627-10

John P. Connolly
19000 Cox Avenue
Suite B
Saratoga, CA 95070

Dear Mr. Connolly:

Small Business/Self-Employed California Area Collection (Examination) of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on September 25, 2009. Under the terms of the summons, you were required to provide the information listed on the summons. You appeared as requested, but did not provide the requested information.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

    Name: Belden B. Granada
    Date: June 25, 2010
    Time: 10:00 A.M.
    Address: 55 South Market Street, San Jose, California

Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer Belden B. Granada at (408) 817-6449.

    Sincerely,

    REBECCA DUEWER-GRENVILLE
    Associate Area Counsel
    (Small Business/Self-Employed:Area 7)

By: *[signature]*
    Chong S. Hong
    General Attorney (San Francisco, Group 2)
    (Small Business/Self-Employed)

A:\CSH\- GL Advice\Summons\Connolly Last Chance Letter.doc

EXHIBIT B

INITIAL COPY